| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND | *Form F:* PROPOSED CONSENT ORDER<br>**TWO PAGE DOCUMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re: Virginia M. Insana

                                              :          BK No. 16-11978-DF

                           Debtor(s)     :          Chapter 7

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION**

The Court, having scheduled a status hearing on loss mitigation for April 26, 2017, at which counsel for the Debtor(s) and Ocwen Loan Servicing, LLC (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) The Debtor(s) shall provide all documents requested by the Creditor by <u>N/A</u> (the "Response").

(2) The Creditor shall conduct a preliminary review of the information submitted by the Debtor(s), and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor[s]' counsel with a list of any additional information it requires by <u>N/A</u> after receiving the Response (the "Additional Information Request").

(3) The Debtor(s) shall fully respond to any Additional Information Request and provide all requested documents to Creditor within <u>N/A</u> days after receiving the same from Creditor.

(4) The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by <u>N/A</u>, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by <u>N/A</u>.

1

Rev. 12/18/2013

Other Comments: Creditor issued a denial letter on April 20, 2017 stating that the Debtor's payment was already below any payment amount that would be offered in a modification. An appeal procedure is provided in the denial letter. Debtor has indicated that she wishes to appeal the decision. ```Based on denial of loan modification and Debtor's
intention to appeal that decision, there is no further
reason to keep the loss mitigation mediation process open
and loss mitigation is terminated.```

(5) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled by the Court so that Debtor can file the appeal.

Agreed to this 25th day of April 2017.

Debtor(s)
By counsel:

/s/ Jacqueline M. Grasso
Jacqueline M. Grasso, Esq.
RI#6315
Grasso Law Offices
1310 Atwood Avenue
Johnston, RI 02919
Tel: (401) 946-4500
jgrasso@grassolaw.net

Creditor
By counsel:

/s/ Catherine V. Eastwood
Catherine V. Eastwood, Esq.
RI#6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Tel: 978-256-1500
ceastwood@kordeassociates.com
bankruptcy@kordeassociates.com

Consent Order Approved on this ___ day of _____ 20__.

*Diane Finkle* 04/25/2017
Honorable Diane Finkle
U.S. Bankruptcy Judge

~~Date of Continued Status Hearing:~~

Rev. 12/18/2013